# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:       GLENN E. NASK, | : | Chapter 13 |
| Debtor. | : | Bky. No. 16-12798 |
| | : | |
| GLENN E. NASK,<br>MICHELLE E. NASK, | : | |
| Plaintiffs, | : | |
| v. | : | |
| BANK OF AMERICA, N.A., et.al, | : | Adv. No. 16-306 |
| Defendants. | : | |

# **O R D E R**

**AND NOW,** it appearing that the Plaintiff commenced an adversary proceeding on **September 13, 2016,**

**AND**, a summons was issued directing that any Answer or responsive pleading be filed on or before **October 14, 2016**,

**AND,** no Answer or responsive pleading having been filed,

It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (e.g., a Motion under Fed. R. Bankr. P. 7055) **on or before November 9, 2016**. Upon failure to prosecute this adversary proceeding, the proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

Date: October 26, 2016

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE