United States Bankruptcy Court
Eastern District of Pennsylvania

Nask,
     Plaintiff

Adv. Proc. No. 16-00306-elf

BANK OF AMERICA, N.A.,
     Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 1        Date Rcvd: Oct 26, 2016
                       Form ID: pdf900       Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
```
ust           +BRENDA D. GISH,   Office of United States Trustee - U.S. D,   Federal Building,
               228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
pla           +Glenn E. Nask,   425 Ivy Drive,   Oxford, PA 19363-3937
pla           +Michelle E Nask,   425 Ivy Drive,   Oxford, PA 19363-3937
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 27 2016 01:59:38      Frederic J. Baker,
               Office of United States Trustee,   833 Chestnut Street,   Suite 500,
               Philadelphia, PA 19107-4405
ust           +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Oct 27 2016 01:59:38      SHAKIMA L. DORTCH,
               U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
               Wilmington, DE 19801-3519
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 27 2016 01:59:38      United States Trustee,
               228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 27 2016 01:59:38      United States Trustee,
               Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
                                                                                              TOTAL: 4
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
```
      JOSEPH F. CLAFFY    on behalf of Plaintiff Michelle E Nask claffylaw@gmail.com,   claffylaw@aol.com
      JOSEPH F. CLAFFY    on behalf of Plaintiff Glenn E. Nask claffylaw@gmail.com,   claffylaw@aol.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
      YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset
      Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
                                                                                      TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | GLENN E. NASK, | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Bky. No. 16-12798 |
| | | : | |
| GLENN E. NASK, | | : | |
| MICHELLE E. NASK, | | : | |
| | | : | |
| | Plaintiffs, | : | |
| | | : | |
| | v. | : | |
| BANK OF AMERICA, N.A., et.al, | | : | Adv. No. 16-306 |
| | | : | |
| | Defendants. | : | |

# O R D E R

**AND NOW,** it appearing that the Plaintiff commenced an adversary proceeding on **September 13, 2016,**

**AND**, a summons was issued directing that any Answer or responsive pleading be filed on or before **October 14, 2016,**

**AND,** no Answer or responsive pleading having been filed,

It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (e.g., a Motion under Fed. R. Bankr. P. 7055) **on or before November 9, 2016**. Upon failure to prosecute this adversary proceeding, the proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

Date: October 26, 2016

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**