IN THE UNITED STATES BANKRUPTCY
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN C. NASK | : | CHAPTER 13 |
| | : | 16-12798 |

| | | |
|---|---|---|
| GLENN C. NASK and | : | |
| MICHELLE NASK | : | ADVERSARY NO. 16-00306 |
| vs. | : | |
| | : | |
| BANK OF AMERICA, N.A. and | : | |
| NATIONSTAR MORTGAGE, LLC and | : | |
| THE BANK OF NEW YORK MELLON | : | |
| FKA THE BANK OF NEW YORK as | : | |
| successor to JPMorgan Chase Bank, N.A. | : | |
| as trustee of SAMI II 2006-AR3 | : | |

**PRAECIPE TO RE-ISSUE SUMMONS**

TO THE CLERK, BANKRUPTCY COURT:

Kindly reissue the summons in the above Adversary Case No. 16-00306.

                Respectfully:

                /s/Joseph F. Claffy
                Joseph F. Claffy, Esq.
                Attorney for Plaintiff/Debtor
                I.D. No. 35142
                26 South Church St.
                West Chester, PA 19382
                610 429-0900
                610 429-9550 FAX