B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Bankruptcy No. 16-12798 |
| Glenn E. Nask | |
| Debtor | |
| | |
| Glenn E. Nask | |
| Michelle E Nask | |
| Plaintiff | Adversary No. 16-306 |
| | |
| BANK OF AMERICA, N.A. | |
| NATIONSTAR MORTGAGE LLC | |
| Bank of New York Mellon | |
| f/k/a The Bank of New York as successor trustee of SAMI II 2006 AR-3 | |
| Defendant | |

**ALIAS SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due 12/10/2016.

        Address of Clerk                        U.S. Bankruptcy Court
                                                    Robert N.C. Nix Building
                                                    900 Market Street, Suite 400
                                                    Philadelphia  PA   19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name/Address of Plaintiff's Attorney        JOSEPH F. CLAFFY
                                                            Joseph F. Claffy & Associates, P.C.
                                                            26 South Church Street
                                                            Suite 1 South
                                                            West Chester, PA 1938

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                                      FOR THE COURT

                                                                                      TIMOTHY B. MCGRATH
                                                                                      CLERK

11/10/2016

                                                                                    By: s/ Jennifer Griffin
                                                                                    Deputy Clerk

Bankruptcy No. 16-12798          Adversary No. 16-306

CERTIFICATE OF SERVICE

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
Date                                                              Signature

Print Name          _____

Business Address    _____

City, State, Zip    _____