**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GLENN C. NASK | : | CHAPTER 13 |
| | : | 16-12798 |

| | | |
|---|---|---|
| GLENN C. NASK and | : | |
| MICHELLE NASK | : | ADVERSARY NO. 16-00306 |
| vs. | : | |
| | : | |
| BANK OF AMERICA, N.A. and | : | |
| NATIONSTAR MORTGAGE, LLC and | : | |
| THE BANK OF NEW YORK MELLON | : | |
| FKA THE BANK OF NEW YORK as | : | |
| successor to JPMorgan Chase Bank, N.A. | : | |
| as trustee of SAMI II 2006-AR3 | : | |

**ORDER EXTENDING TIME TO ANSWER OR FILE DEFAULT**

AND NOW, upon Motion of Plaintiff to extend time with concurrence of Defendants Bank of America and Bank of New York Mellon the time limit imposed by Order of this Court of **October 26th, 2016** is extended until **January 6, 2017**, after which the court may dismiss this case sua sponte should no action be taken.

**No further extensions will be granted.**

Date: 11/10/16

_____
Eric L. Frank
Chief United States Bankruptcy Judge