United States Bankruptcy Court
Eastern District of Pennsylvania

Nask,
    Plaintiff

Adv. Proc. No. 16-00306-elf

BANK OF AMERICA, N.A.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Nov 10, 2016
                     Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.
ust        +BRENDA D. GISH,   Office of United States Trustee - U.S. D,   Federal Building,    228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
pla        +Glenn E. Nask,   425 Ivy Drive,   Oxford, PA 19363-3937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 11 2016 01:47:43     Frederic J. Baker,   Office of United States Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
ust        +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Nov 11 2016 01:47:43     SHAKIMA L. DORTCH,   U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,   Wilmington, DE 19801-3519
ust        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 11 2016 01:47:43     United States Trustee,   228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 11 2016 01:47:43     United States Trustee,   Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
                                                                                                                                                                                                                                         TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:
          JOSEPH F. CLAFFY    on behalf of Plaintiff Glenn E. Nask claffylaw@gmail.com, claffylaw@aol.com
          JOSEPH F. CLAFFY    on behalf of Plaintiff Michelle E Nask claffylaw@gmail.com, claffylaw@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                                                                                                                                                                                 TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GLENN C. NASK | : | CHAPTER 13 |
| | : | 16-12798 |

_____

| | | |
|---|---|---|
| GLENN C. NASK and | : | |
| MICHELLE NASK | : | ADVERSARY NO. 16-00306 |
| vs. | : | |
| | : | |
| BANK OF AMERICA, N.A. and | : | |
| NATIONSTAR MORTGAGE, LLC and | : | |
| THE BANK OF NEW YORK MELLON | : | |
| FKA THE BANK OF NEW YORK as | : | |
| successor to JPMorgan Chase Bank, N.A. | : | |
| as trustee of SAMI II 2006-AR3 | : | |

## ORDER EXTENDING TIME TO ANSWER OR FILE DEFAULT

AND NOW, upon Motion of Plaintiff to extend time with concurrence of Defendants Bank of America and Bank of New York Mellon the time limit imposed by Order of this Court of **October 26th, 2016** is extended until **January 6, 2017**, after which the court may dismiss this case sua sponte should no action be taken.

**No further extensions will be granted.**

Date:  11/10/16

_____
Eric L. Frank
Chief United States Bankruptcy Judge