**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   GLENN E. NASK, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 16-12798 |
| | : | |
| GLENN E. NASK, MICHELLE E. NASK, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| BANK OF AMERICA, N.A., et.al, | : | Adv. No. 16-306 |
| | : | |
| Defendants. | : | |

# O R D E R

**AND NOW,** an adversary proceeding having been filed on **September 13, 2016**,

**AND** a Notice having been given to Plaintiff and Plaintiff's counsel that this proceeding would be dismissed for lack of prosecution unless the Plaintiff took appropriate action to prosecute this proceeding by a date certain,

**AND** the Plaintiff having taken no action by such date or otherwise having responded to the Notice,

**AND**, after an in-court colloquy with the Plaintiff's counsel and counsel for Defendant Bank of New York Mellon ("BNYM") on **January 10, 2017**,

It is hereby **ORDERED** that

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** as to Defendants Bank of America, N.A. and Nationstar Mortgage LLC.  See also Fed. R. Civ. P. 4(m) (incorporated by Fed. R. Bankr. P. 7004).

2. Defendant BNYM shall file a response to the Complaint **on or before January 24, 2017**.

3. If Defendant BNYM fails to comply with Paragraph 2 above, the Plaintiff shall take appropriate action to prosecute this proceeding (e.g., a Motion under Fed. R. Bankr. P. 7055) **on or before January 31, 2017**.

4. If the Plaintiff fails to comply with Paragraph 3, the proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing

**Date: January 10, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**