# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  GLENN C. NASK,<br>　　　　　　　　*Debtor* | Chapter 13<br><br>Bankruptcy No. 16-12798-ELF |
| GLENN C. NASK and<br>MICHELLE NASK,<br>　　　　　　　　*Plaintiffs*<br><br>　　v.<br><br>BANK OF AMERICA, N.A.,<br>NATIONSTART MORTGAGE LLC, and<br>THE BANK OF NEW YORK MELLON f/k/a<br>THE BANK OF NEW YORK, as successor to<br>JPMorgan Chase Bank, N.A., as Trustee of SAMI<br>II 2006 AR-3,<br>　　　　　　　　*Defendants* | Adversary No. 16-00306-ELF |

## ORDER

AND NOW, this　　　　　　day of　　　　　　　　　　, 2017, upon consideration of the Motion to Dismiss by Defendant, The Bank of New York Mellon f/k/a The Bank of New York, as successor to JPMorgan Chase Bank, N.A., as Trustee of SAMI II 2006 AR-3, and any response thereto, it is hereby ORDEREDand DECREED that the said Motion to Dismiss is GRANTED and Plaintiff's Complaint is DISMISSED.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge Eric L. Frank
　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge