# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    GLENN E. NASK, | : | Chapter 13 |
| Debtor. | : | Bky. No. 16-12798 |
| GLENN E. NASK,<br>MICHELLE E. NASK, | : | |
| Plaintiffs, | : | |
| v. | : | |
| BANK OF AMERICA, N.A., et.al, | : | Adv. No. 16-306 |
| Defendants. | : | |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that the Plaintiffs shall file their response to the Defendants' Motion to Dismiss Case **on or before February 7, 2017**. No extensions of time will be granted absent extraordinary circumstances.

Date: January 18, 2017

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**