United States Bankruptcy Court
Eastern District of Pennsylvania

Nask,
    Plaintiff

Adv. Proc. No. 16-00306-elf

BANK OF AMERICA, N.A.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 2     Date Rcvd: Jan 18, 2017
                   Form ID: pdf900     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
```
ust           +BRENDA D. GISH,   Office of United States Trustee - U.S. D,    Federal Building,
               228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
dft           +BANK OF AMERICA, N.A.,   1800 Tapo Canyon Road,   Simi Valley, CA 93063-6712
dft           +Bank of New York Mellon f/k/a The Bank of New York,   225 Liberty Street,
               New York, NY 10281-1048
pla           +Glenn E. Nask,   425 Ivy Drive,   Oxford, PA 19363-3937
pla           +Michelle E Nask,   425 Ivy Drive,   Oxford, PA 19363-3937
dft          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:   NATIONSTAR MORTGAGE LLC,   350 Highland Drive,
                Lewisville, TX  75067)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jan 19 2017 02:03:07     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 19 2017 02:02:45
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 19 2017 02:02:56     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 19 2017 02:02:48     Frederic J. Baker,
               Office of United States Trustee,   833 Chestnut Street,   Suite 500,
               Philadelphia, PA 19107-4405
ust           +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jan 19 2017 02:02:47     SHAKIMA L. DORTCH,
               U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
               Wilmington, DE 19801-3519
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jan 19 2017 02:02:48     United States Trustee,
               228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 19 2017 02:02:48     United States Trustee,
               Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
                                                                                             TOTAL: 7
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:
```
              JOSEPH F. CLAFFY    on behalf of Plaintiff Glenn E. Nask claffylaw@gmail.com,
               claffylaw@aol.com
              JOSEPH F. CLAFFY    on behalf of Plaintiff Michelle E Nask claffylaw@gmail.com,
               claffylaw@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset
               Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Defendant    Bank of New York Mellon f/k/a The Bank of New York as
               successor trustee of SAMI II 2006 AR-3 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Jan 18, 2017
                              Form ID: pdf900             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

                                                TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:     **GLENN E. NASK,** | : | **Chapter 13** |
| | : | |
| Debtor. | : | **Bky. No. 16-12798** |
| | : | |
| **GLENN E. NASK,** | : | |
| **MICHELLE E. NASK,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| **BANK OF AMERICA, N.A., et.al,** | : | **Adv. No. 16-306** |
| | : | |
| Defendants. | : | |
| | : | |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that the Plaintiffs shall file their response to the Defendants' Motion to Dismiss Case **on or before February 7, 2017**. No extensions of time will be granted absent extraordinary circumstances.

**Date: January 18, 2017**
_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**