## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| GLENN E. NASK and, | : | CASE NO.    16-12798 elf |
| MICHELLE NASK    Debtors | : | CHAPTER 13 |
| | :: | |
| GLENN E. NASK and | : | |
| MICHELLE NASK | : | |
|         Plaintiffs, | : | |
|     v. | : | |
| | : | |
| BANK OF AMERICA, N.A. and | : | ADV. PROC. NO. 16-00306 |
| NATIONSTAR MORTGAGE, LLC. and | : | |
| BANK OF NEW YORK MELLON f/k/a | : | |
| THE BANK OF NEW YORK as successor: | | |
| trustee of SAMI II 2006-AR3 | :: | |
|         Defendants. | : | |

## NOTICE OF DISMISSAL

Plaintiffs, by and through their undersigned counsel, hereby files this

Notice of Dismissal pursuant to **Fed. R. Bankr. P.** 7041, which incorporates by

reference **Fed. R. Civ. P.** 41(a)(1)(A)(i), and thereby dismisses this adversary

proceeding without prejudice as to defendant BANK OF NEW YORK MELLON

f/k/a THE BANK OF NEW YORK as successor trustee of SAMI II 2006-AR3, the

other defendants having been previously dismissed without prejudice on

January 10, 2017.

Respectfully submitted,

/s/ Joseph F. Claffy
Joseph F. Claffy, Esquire 35142
26 S. Church Street
West Chester, PA 1938
(610) 429-0900
Attorney for Plaintiff